## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIREMEN'S INSURANCE COMPANY** : | | **CIVIL ACTION** |
| **OF WASHINGTON, D.C.** : | | |
| : | | |
| **Plaintiff,** : | | |
| : | | |
| v. : | | **NO. 14-6065** |
| : | | |
| **B.R. KREIDER & SON, INC.,** : | | |
| **PERRROTTO BUILDERS, LTD.,** : | | |
| **TIMOTH HAAHS & ASSOCIATES, and** : | | |
| **RED ROSE TRANSIT AUTHORITY** : | | |
| : | | |
| **Defendants.** : | | |

## ORDER

**AND NOW**, this 24th day of March 2016, it is hereby **ORDERED** as follows:

1. The Motion of Defendant B.R. Kreider & Sons, Inc. to Dismiss the Complaint of Plaintiff Firemen's Insurance Company of Washington, D.C. (Docket Entry No. 21) is **GRANTED.**

2. The Motion of Defendant Timothy Haahs & Associates to Dismiss the Complaint of Plaintiff Firemen's Insurance Company of Washington D.C. (Docket Entry No. 33) is **GRANTED**.

3. The Complaint of Plaintiff Firemen's Insurance Company of Washington D.C. is **DISMISSED**.

4. The Motion of Plaintiff Firemen's Insurance Company of Washington D.C. to File Sur-Reply in Further Opposition to Defendants' Motion to Dismiss (Docket Entry No. 4) is **GRANTED**.

5. The Motion of Defendant B.R. Kreider & Son, Inc. to File Additional Brief (Docket Entry No. 46) is **GRANTED**.

6. The Clerk of Court is **DIRECTED** to mark this case closed.

                                     BY THE COURT:


                                     */s/ Lawrence F. Stengel*
                                     LAWRENCE F. STENGEL, J.